Samson MCA LLC v Joseph A. Russo M.D. P.C./IV Therapeutics PLLC (2023 NY Slip Op 04270)

Samson MCA LLC v Joseph A. Russo M.D. P.C./IV Therapeutics PLLC

2023 NY Slip Op 04270

Decided on August 11, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 11, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., PERADOTTO, CURRAN, MONTOUR, AND OGDEN, JJ.

456 CA 23-00007

[*1]SAMSON MCA LLC, PLAINTIFF-RESPONDENT,
v
JOSEPH A. RUSSO M.D. P.C./IV THERAPEUTICS PLLC, DOING BUSINESS AS ASPIRE MED SPA, ET AL., DEFENDANTS, AND MARCO . BEATRICE, DEFENDANT-APPELLANT. (APPEAL NO. 1.) KHC LLC, NONPARTY. 

AMOS WEINBERG, GREAT NECK, FOR DEFENDANT-APPELLANT.
R3M LAW, LLP, NEW YORK CITY (HOWARD A. MAGALIFF OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

 Appeal from an order of the Supreme Court, Ontario County (J. Scott Odorisi, J.), dated April 8, 2022. The order granted the motion of plaintiff for summary judgment and denied the cross-motion of defendants for summary judgment. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Samson MCA LLC v Joseph A. Russo M.D. P.C./IV Therapeutics PLLC ([appeal No. 2] — AD3d — [Aug. 11, 2023] [4th Dept 2023]).
Entered: August 11, 2023
Ann Dillon Flynn
Clerk of the Court